■ Lori Murphy et al., Appellants, v County of Oswego et al., Respondents. [924 NYS2d 892]—Appeal from an order of the Supreme Court, Oswego County (Norman W. Seiter, Jr., J.), entered July 22, 2010. The order dismissed the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Scudder, P.J., Centra, Peradotto, Gorski and Martoche, JJ.